1  JAMES DAL BON, ESQ, SBN 157942
   DAL BON AND WANG
2  12 South First Street #613
   San Jose, CA 95113                    **\*ORDER E-FILED 1/22/2008\***
3  Telephone: (408) 292-1040
   Facsimile: (408) 292-1045
4
   Attorneys for Plaintiff
5
   ZACHARY BEST, ESQ, SBN 166035
6  CATHERINE M. CORFEE, ESQ. SBN 166035
   CORFEE STONE & ASSOCIATES
7  5441 Fair Oaks Blvd., Suite B-1
   Carmichael, California 95608
8  Telephone: (916) 487-5441
   Facsimile: (916) 487-5440
9
   Attorneys for Defendants
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  ,AUGUSTINE HERNANDEZ,              ) Case No:   C07 02042 HRL
                                       )
14                      Plaintiff,     )
        v.                             ) STIPULATION OF DISMISSAL AND
15                                     ) ~~PROPOSED~~ ORDER THEREON
    BERNARD CARTAL DBA JOANIE'S CAFÉ   )
16  and DOES 1-10,                     )
                                       )
17                      Defendants.    )
                                       )
18  _____

19  TO THE COURT AND ALL PARTIES:

20        Pursuant to a Settlement Agreement and Release between plaintiff AUGUSTINE

21  HERNANDEZ, and defendants, BERNARD CARTAL DBA JOANIE'S CAFÉ, and pursuant to

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

January 18, 2008          **DAL BON AND WANG**

James Dal Bon, Attorneys for Plaintiff AUGUSTINE HERNANDEZ

January 17, 2008          **CORFEE STONE & ASSOCIATES**

ZACHARY BEST, Attorneys for Defendants BERNARD CARTAL DBA JOANIE'S CAFÉ

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. C07-02042 HRL is hereby dismissed with prejudice.

Dated: _January 22, 2008_____          _____

United States District Court Judge
Magistrate
Howard R. Lloyd